FILED

SEP 19 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50312 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00437-PA |
| v. | |
| JAVIER REYES RAMOS, a.k.a. Javier Reyes, a.k.a. Santiago Carillo Romero, a.k.a. Jesus Ruiz, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted September 10, 2012[**]

Before:     WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Javier Reyes Ramos appeals from his guilty-plea conviction and 46-month

sentence for being an illegal alien found in the United States following deportation,

in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386 U.S. 738

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), Ramos's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Ramos has filed pro se supplemental opening and reply briefs and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

11-50312